**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **IN THE MATTER OF THE SEIZURE OF:** | **MC    20-2-M-KLD** |
| **$5,600.00 in U.S. CURRENCY** **Defendant.** | **ORDER GRANTING MOTION TO FILE UNDER SEAL** |

Based on motion of the United States to seal the Motion for Additional Time to Serve Notice Under 18 U.S.C. § 983(a)(1)(C) and (D), and good cause appearing,

IT IS HEREBY ORDERED that all pleadings, including the Motion for Additional Time to Serve Notice and any associated order regarding that motion, as well as the motion to file under seal and this Order filed herein, are to be filed under SEAL until further order of the Court.

DATED this 27th day of July, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1