FILED

FEB 22 2021

Clerk, U.S. Courts
District Of Montana
Billings Division

**VICTORIA L. FRANCIS**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247- 4633
FAX: (406) 657- 6058
Email Address: victoria.francis@usdoj.gov

ATTORNEY FOR PLAINTIFF
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| IN THE MATTER OF THE SEIZURE OF:<br><br>$5,600.00 in U.S. CURRENCY<br><br>**Defendant** | MC   20-2-M-KLD<br><br>**UNITED STATES' STATUS REPORT AND MOTION TO UNSEAL** |
|---|---|

Pursuant to this Court's Order dated February 12, 2021 (Dkt. 21), the United States, by and through Victoria L. Francis, provides the following status update and moves the Court to unseal the pleadings as the basis for filing under seal no longer exists.

The United States had previously sought extensions of time to provide notice of administrative forfeiture of the above Defendant property, in order to avoid

compromising the ongoing DEA investigation. That investigation has been completed and the case has been indicted as *United States v. Terry David Starrett, Laura Jeanne Haacke, Jason Dean Hager, and Jennifer Renee Hawkes*, CR 21-2-M-DWM. The indictment includes a forfeiture allegation. The DEA has also provided notice of administrative forfeiture on January 22, 2021. Therefore, the United States is no longer seeking any additional extensions and this matter can be closed.

In addition, because the basis for sealing the pleadings in this matter related to preventing interference with an ongoing criminal investigation, which is now a matter of public record due to the Indictment referenced above and administrative notice of forfeiture, it is no longer necessary to maintain the pleadings in the above captioned matter under seal. Therefore, the United States respectfully requests that this Court enter an Order unsealing all pleadings. A proposed order will be lodged contemporaneously with this motion.

DATED this 18th day of February, 2021.

        **LEIF M. JOHNSON**
        **Acting United States Attorney**

        /s/Victoria L. Francis
        **VICTORIA L. FRANCIS**
        **Assistant U.S. Attorney**