IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| IN THE MATTER OF THE SEIZURE OF:<br><br>$5,600.00 in U.S. CURRENCY<br>Defendant. | MC   20-2-M-KLD<br><br>ORDER GRANTING MOTION TO UNSEAL |
|---|---|

Based on status report and motion of the United States to unseal the pleadings (Doc. 22), and good cause appearing,

IT IS HEREBY ORDERED that all pleadings in this matter be unsealed.

DATED this 23rd day of February, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1