IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| IN THE MATTER OF THE SEIZURE OF:<br><br>$5,600.00 in U.S. CURRENCY<br>                    Defendant. | MC   20-2-M-KLD<br><br>AMENDED ORDER GRANTING MOTION TO UNSEAL AND CLOSING CASE |
|---|---|

Based on the status report and motion of the United States to unseal the pleadings in this case (Doc. 22),

IT IS HEREBY ORDERED that all pleadings in this matter be UNSEALED and this case be CLOSED.

DATED this 9th day of March, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1